# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MED-LEGAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ARCUITY AI, INC., JOHN JOSEPH SALVATI, JESSICA LOPEZ, and WER.AI, INC, <br><br> Defendants. | CASE No. 19-cv-00976-JAH-AGS <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS ARCUITY AI, INC. AND JOHN JOSEPH SALVATI TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br> **[Doc. No. 17]** |

Plaintiff, Med-Legal, LLC ("Plaintiff") and Defendants Arcuity AI. Inc. and John Joseph Salvati ("Original Defendants") jointly move for an order extending the time within which the Original Defendants may respond to Plaintiff's First Amended Complaint ("FAC") pursuant to Civil Local Rules 7.2 and 12.1. *Doc. No.* 17. The Court cautions that pursuant to Rule 26(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), any motion to extend the time beyond a total of 45 days for a particular filing will be granted only for extraordinary circumstances. Fed. R. Civ. P. 26(b). The parties' request constitutes a joint motion for an extension of time totaling 32 days.

//

//

//

Accordingly, IT IS HEREBY ORDERED that Arcuity AI. Inc. and John Joseph Salvati shall file a responsive pleading to the FAC on or before September 3, 2019.

**IT IS SO ORDERED**.

Dated: August 2, 2019

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE