UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MED-LEGAL, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARCUITY AI, INC., JOHN JOSEPH SALVATI, JESSICA LOPEZ, and WER.AI, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 19cv0976-JAH (AGS)<br><br>**ORDER VACATING HEARING DATE** |

After a careful review of the parties' submissions, the Court deems Defendants' Arcuity AI, Inc., *et. al.*'s motion to dismiss (Doc. No. 38), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion is taken under submission without oral argument and the hearing set for December 16, 2019, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED**

DATED:　　December 9, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　United States District Judge

1