# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MED-LEGAL, LLC, | Case No.: 19-cv-0976-JAH-AGS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION (ECF No. 57) AND AMENDED SCHEDULING ORDER** |
| v. | |
| ARCUITY AI, INC, et al., | |
| Defendants. | |

On March 31, 2020, the parties filed a joint motion to amend the Court's Scheduling Order (ECF No. 51). Good cause appearing, that motion is **GRANTED**.

The new scheduling order dates are:

| CASE MANAGEMENT SCHEDULE | |
|---|---|
| **Event** | **Deadline** |
| Motions to Amend | October 1, 2020 |
| Fact Discovery Completion | December 1, 2020 |
| Expert Witness Designations and Disclosures | December 18, 2020 |
| Rebuttal Expert Witness Designations and Disclosures | January 18, 2021 |
| Expert Discovery Completion | February 19, 2021 |
| MSC Statements | March 1, 2021 |

| Mandatory Settlement Conference | March 8, 2021, at 9:00 a.m. |
| --- | --- |
| Pretrial Motions | March 15, 2021 |
| Rule 26(a)(3) Disclosures | June 14, 2021 |
| Meet and Confer on the PTO | June 21, 2021 |
| Draft PTO to Defense Counsel | June 28, 2021 |
| Lodge PTO | July 6, 2021 |
| Final Pretrial Conference | July 12, 2021, at 2:30 p.m. |

This order only modifies the dates in the original Scheduling Order (ECF No. 51); all other provisions remain in effect.

Dated: April 1, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge