UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MED-LEGAL, LLC,

Plaintiff,

v.

ARCUITY AI, INC., JOHN JOSEPH SALVATI, JESSICA LOPEZ, and WER.AI, INC.,

Defendants.

Case No. 19cv976-JAH (AHG)

**ORDER GRANTING JOINT MOTION TO DISMISS**

On June 30, 2020, Plaintiff Med-Legal, LLC, and Defendants Arcuity AI, Inc. *et al.*, filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). *See* Doc. No. 64.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated:  June 30, 2020

_____
Hon. John A. Houston
United States District Judge